IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DAVID T. TERRELL, SR.,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 7:08-CV-71(HL) |
| : | |
| **ANTHONY WASHINGTON, Warden,** : | |
| : | |
| Respondent. : | |
| : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 20) on Respondent's Motion to Dismiss (Doc. 9) and Petitioner's Motion for Summary Judgment (Doc. 10). The R&R recommends granting Respondent's Motion to Dismiss and denying Petitioner's Motion for Summary Judgment. Petitioner has filed a timely Objection (Doc. 21). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 2nd day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc